

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

UNITED STATES OF AMERICA,
Plaintiff,

v.

DONALD DEHAR,
Defendant.

_____/

CR-09-50069-MHM

NO. 07-20558

HON. PAUL V. GADOLA

**FILED**

NOV 14 2007

U.S. DISTRICT COURT
FLINT, MICHIGAN

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

[interstate telephone threat; 18 U.S.C. § 875(c)]

That on or about August 21, 2007, DONALD DEHAR knowingly transmitted in interstate commerce into the Eastern District of Michigan a communication, that is, a telephone message, containing a threat to injure the person of another, all in violation of Section 875(c) of Title 18, United States Code.

## COUNT TWO

[interstate telephone threat; 18 U.S.C. § 875(c)]

That on or about October 3, 2007, DONALD DEHAR knowingly transmitted in interstate commerce into the Eastern District of Michigan a communication, that is, a telephone message, containing a threat to injure the person of another, all in violation of Section 875(c) of Title 18, United States Code.

**THIS IS A TRUE BILL.**

Dated: November 14, 2007

STEPHEN J. MURPHY
United States Attorney

s/ ROBERT W. HAVILAND (P25665)
Assistant United States Attorney
600 Church Street
Flint, MI 48502
(810) 766-5031
E-Mail: robert.haviland@usdoj.gov

**ORIGINAL**

**07-20558**

# Criminal Case Cover Sheet

United States District Court
Eastern District of Michigan

Case Number

**PAUL V. GADOLA**

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**STEVEN D. PEPE**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | Judge Assigned: |
| ☐ Yes    ☐ No | AUSA's Initials: |

**FILED**
**NOV 14 2007**
**U.S. DISTRICT COURT**
**FLINT, MICHIGAN**

Case Title: USA v. DONALD DEHAR

County where offense occurred: Genesee

Check One:  ☒ Felony    ☐ Misdemeanor    ☐ Petty

☐  Indictment____/Information____  no prior complaint.
☒  Indictment ✓ /Information____  based upon prior complaint [Case number: 07-30480]
☐  Indictment____/Information____  based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information:

Superseding to Case No: _____  Judge: _____

☐  Original case was terminated; no additional charges or defendants.
☐  Corrects errors; no additional charges or defendants.
☐  Involves, for plea purposes, different charges or adds counts.
☐  Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                            **Charges**


November 14, 2007
Date

*Robert W. Haviland*
ROBERT W. HAVILAND
Assistant United States Attorney
600 Church Street
Flint, MI 48502
(810) 766-5031
robert.haviland@usdoj.gov
P25665

¹ Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99