1  WO

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8

9  United States of America,              No. CR-09-50069-001-PHX-GMS

10                 Plaintiff,              **ORDER**

11  v.

12  Donald Cory Dehar,

13                 Defendant.

14

15         The defendant appeared in court with counsel. The defendant's probable cause

16  hearing was waived and the detention hearing was held on the record.  The Court finds

17  probable cause to believe the defendant violated the terms of his supervised release as

18  alleged in the petition. The Court further finds, pursuant to Rule 32.1(a)(6), that

19  defendant has failed to show by clear and convincing evidence that he is not a flight risk

20  or a danger.

21         IT IS HEREBY ORDERED that the defendant shall be bound over for further

22  proceedings on the petition to revoke his supervised release.

23         IT IS FURTHER ORDERED that the defendant is detained as a flight risk and a

24  danger, pending further revocation proceedings.

25         Dated this 18th day of September, 2018.

26

27                                    Honorable Lynnette C. Kimmins
                                      United States Magistrate Judge
28